UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEITH ANTHONY STOVALL, JR.,

    Plaintiff,

v.                                                                Case No. 3:16cv444-RV-CJK

SERGEANT BLIZZARD, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On September 30, 2016, the court ordered plaintiff to file either a notice of voluntary dismissal or an amended civil rights complaint within 30 days. (Doc. 5). After plaintiff failed to comply, the court directed him to show cause why this case should not be dismissed. (Doc. 6). In response, plaintiff indicated he did not receive the September 30 order. (Doc. 7). Thus, on November 16, 2016, the court again ordered plaintiff to file a notice of voluntary dismissal or an amended civil rights complaint within 30 days. (Doc. 8). On December 13, 2016, plaintiff filed a document titled "In Response to the Amended Complaint of September 30, 2016." (Doc. 9). Plaintiff stated:

> This is an voluntary dismissal in only its official capacity till criminal charges (Case No. 6616CF000306A)* are dropped or agreed upon a

---

* The Walton County Sheriff's Department website reveals plaintiff is currently facing charges of possession of a controlled substance without a prescription and introduction of contraband into a

> settlement.  Please do not delay on providing to me the just relief deemed proper and fit.  I the flesh and blood entity require judicial notice of this whole and complete document under FROE 203 and FRCP 203 B4N6.  I further require this document filed into both above court case(s) file and a file stamped copy bearing each respective case numbers on both copies.

Because the "Response" was ambiguous, plaintiff was ordered on January 3, 2017, to advise the court within 14 days whether he wanted to dismiss this action or file an amended complaint.  (Doc. 10).  Plaintiff was warned that failing to comply with the order would result in a recommendation that this case be dismissed.  Plaintiff, however, has not complied with the order.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE due to plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 20th day of January, 2017.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

---

detention facility.  The charges stem from an incident that occurred on April 28, 2016.  *See* http://nwscorrections.waltonso.org/WaltonCounty/Inmate/Detail/-84702 (last visited Dec. 28, 2016).

Case No. 3:16cv444-RV-CJK

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the Magistrate Judge and all other parties.  A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.

Case No. 3:16cv444-RV-CJK