UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEITH ANTHONY STOVALL, JR.,

    Plaintiff,

v.                                              Case No. 3:16cv444-RV-CJK

SERGEANT BLIZZARD, et al.,

    Defendants.

_____/

ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 20, 2017 (doc. 11).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED WITHOUT PREJUDICE** due to plaintiff's failure to prosecute and/or failure to comply with an order of the court.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 24th day of February, 2017.


/s/ Roger Vinson
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:16cv444-RV-CJK